In the Matter of PAN AMERICAN MAGAZINE BUILDING, INC., Respondent. REDDING CAFETERIA, INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the petition dismissed. (*Cortlandt Cafeteria* v. *Cortlandt & Dey Sts. Corp.*, 277 App. Div. 299, affd. 302 N. Y. 409; *Matter of Kennedy Realty Corp.* [*Baumann & Co.*], 277 App. Div. 790.) No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GILES L. DOVER, Appellant, v. WILLIAM L. KITCHEL et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MARTIN M. DE ANGELIS, Respondent, v. W. & J. TIEBOUT, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 942.]

ABRAHAM BERNSTEIN et al., as Copartners, Appellants, v. SAMUEL FRIER, Trading as FRESA FABRICS CO., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ZENA TRETT, Respondent, v. RAE S. SUSSMAN, Individually and as Executrix of WILLIAM S. SUSSMAN, Deceased, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORTON M. ROSENFELD et al., Appellants, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [215 W. 88th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EDWARD M. GARLOCK, Respondent-Appellant, v. PANTEPEC OIL COMPANY, C. A., Appellant-Respondent.— Judgment unanimously modified by reducing the same to $15,000 and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ.